UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                          x
                                          :
UNITED STATES OF AMERICA                  :
                                          :   Docket No.: 23-CR-307 (LJL)
   -v-                                    :
                                          :   NOTICE OF MOTION
MICHAEL SHVARTSMAN, ET AL.,               :   <u>FOR DEFENDANT GERALD SHVARTSMAN</u>
                                          :
              Defendants.                 :
                                          :
_____    x

**PLEASE TAKE NOTICE THAT** Defendant Gerald Shvartsman will join in all motions made by his co-defendants, in the United States District Court in the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, at a time to be set by the Court; and for such other relief as the Court may grant.

**PLEASE TAKE FURTHER NOTICE** that the Defendant will rely on the accompanying Memorandum of Law, and the Memoranda of Law and other submissions made by his co-defendants.

Dated: December 22, 2023                **SERCARZ & RIOPELLE, LLP**
       New York, New York

                              **By:**   *Roland G. Riopelle*
                                        Roland G. Riopelle, Esq. (RR 2950)
                                        950 Third Avenue, 31st Floor
                                        New York, NY  10022
                                        Tel: (212) 586-4900
                                        Fax: (212) 586-1234

                                        *Attorneys for Defendant Gerald Shvartsman*

1