# **Exhibit I**

 

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/26/2023 15:42 EDT                                                                                   Page 1 of 3

**CASE NUMBER**
MI02OR23MI0003

**CASE OPENED**
12/13/2022

**CURRENT CASE TITLE**
Trust Social

**REPORT TITLE**
Three Federal Grand Jury Indictments / Arrest Warrants Served

**REPORTED BY**
Robert Palombo
SPECIAL AGENT

**APPROVED BY**
Colberd Almeida
SPECIAL AGENT

**DATE APPROVED**
7/25/2023

**SYNOPSIS**

This report serves to document the federal grand jury indictment and subsequent arrest of Michael SHVARTSMAN, Gerald SHVARTSMAN, and Bruce GARELICK on June 29th, 2023 in Miami, FL.

Details contained herein,

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-022 | 7/25/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020425




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

08/26/2023 15:42 EDT                                                                                              Page 2 of 3

## DETAILS OF INVESTIGATION

In furtherance of a joint HSI/FBI money laundering/commodities fraud investigation, HSI Miami El Dorado Task Force South (EDTFS), Illicit Proceeds/Foreign Corruption Group (IPFC), along with FBI New York and FBI Miami agents, served three arrest warrants in Miami, FL on June 29, 2023. All three subjects have ties to Ukraine and Russian Politically Exposed Persons (PEPs).

On June 26, 2023, Miami-based private equity firm ROCKET ONE CAPITAL, LLC. owner Michael SHVARTSMAN, his brother Gerald SHVARTSMAN, and board member Bruce GARELICK, were indicted by a grand jury in the Southern District of New York for violations of Securities Fraud. The subject are charged for having engaged in insider trading practices in 2021 rstemming from their business with a publicly traded corporation, Digital World Acquisition Corp. (DWAC), and the related anticipated merger of DWAC with Trump Media and Technology Group (TMTG).

HSI Miami IFPC initiated an investigation to determine if SHVARTSMAN, and/or his associates, conducted illicit financial transactions in relation to the proceeds from insider trading or any other criminal activity. After identifying a crossover investigation with the SEC and FBI NY regarding the same investigative targets, a joint effort and investigation was formed between HSI MIami IFPC and FBI NY and Miami agents to pursue the common targets.

On June 29, 2023 the above-named subjects were arrested by three arrest teams at their homes without inident. HSI SA Robert Palombo, HSI SA Christopher Cutaia and FBI Miami/New York agents arrested Michael SHVARTSMAN, DOB ███████, at his residence located at ████████████████  ████ Sunny Isles, FL 33160.

Members of this arrest team included the following personnel:

- SA Alex Loff – FBI Miami
- SA Marc Troiano – FBI New York
- SA Eric Pittz – FBI Miami
- SA Shannon O'Donoghue – FBI Miami
- SA Christopher Cutaia – HSI Miami
- SA Robert Palombo – HSI Miami
- Sunny Isles Police Department Marked Units

During the arrest, SHVARTSMAN's Canadian Passport (Passport # ████████) was provided to FBI SA Troiano. In addition, SHVARTSMAN called his attorney before leaving his residence. All subjects were transported by FBI Miami agents to the Wilke D. Ferguson Jr. Federal Courthouse and were remanded to the custody of the US Marshals Service.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-022 | 7/25/2023 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/26/2023 15:42 EDT                                                                                                                                                    Page 3 of 3

Investigation cotinues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-022 | 7/25/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020427