# **Exhibit O**



**Bruce Garelick &lt;▮&gt; [1]**    **Michael Shvartsman &lt;▮&gt; [2]**    *3 messages on Sep 24, 2021*

Friday, September 24, 2021

+1 ▮

**Michael Shvartsman** &lt;▮&gt;    10:47 AM
I'll call you back.

**Bruce Garelick** &lt;▮&gt;    10:53 AM
I spoke to Steve at Altmore (guy that was supposed to be on the zoom at 10am). Have some good intelligence to share with you.

**Michael Shvartsman** &lt;▮&gt;    10:57 AM
Ok call you soon