# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 27 | Date Range: 10/21/2021 |

## Outline of Conversations

 **ca4ecf28-3848-410e-ab50-f15017f28ee6** • 27 messages on 10/21/2021 • "+17874259010 [Eric Swider (owner)]" • +17874259176 [Karyn Swider] • Eric Swider <+17874259010> • Karyn Swider <+17874259176>

GOVERNMENT
EXHIBIT
531
S1 23 Cr. 307 (LJL)

DWAC-SWIDER_00000148

**Messages in chronological order** (times are shown in GMT -04:00)

**ca4ecf28-3848-410e-ab50-f15017f28ee6**

| | | |
|---|---|---|
| ES | **Eric Swider <+17874259010>**<br>Look at dwac | 10/21/2021, 1:36 PM |
| ES | **Eric Swider <+17874259010>**<br>Show paul | 10/21/2021, 1:37 PM |
| KS | **Karyn Swider <+17874259176>**<br>He's not here rn | 10/21/2021, 1:37 PM |
| KS | **Karyn Swider <+17874259176>**<br>Is that the one you're working with | 10/21/2021, 1:37 PM |
| KS | **Karyn Swider <+17874259176>**<br>Wow soared more than 270% | 10/21/2021, 1:39 PM |
| ES | **Eric Swider <+17874259010>**<br>Yes | 10/21/2021, 1:41 PM |
| ES | **Eric Swider <+17874259010>**<br>That's ours | 10/21/2021, 1:41 PM |
| ES | **Eric Swider <+17874259010>**<br>Don't buy any | 10/21/2021, 1:41 PM |
| KS | **Karyn Swider <+17874259176>**<br>Am I allowed to say your working on it or no | 10/21/2021, 1:41 PM |
| KS | **Karyn Swider <+17874259176>**<br>My co workers have been talking about it | 10/21/2021, 1:42 PM |
| ES | **Eric Swider <+17874259010>**<br>Family can't | 10/21/2021, 1:42 PM |
| ES | **Eric Swider <+17874259010>**<br>Yes | 10/21/2021, 1:42 PM |
| KS | **Karyn Swider <+17874259176>**<br>Oh buy any | 10/21/2021, 1:42 PM |
| KS | **Karyn Swider <+17874259176>**<br>Really | 10/21/2021, 1:42 PM |
| ES | **Eric Swider <+17874259010>**<br>You can tell them I am a founder of the back and on the board. | 10/21/2021, 1:43 PM |
| KS | **Karyn Swider <+17874259176>**<br>My co worker asked if he should buy any | 10/21/2021, 1:43 PM |
| ES | **Eric Swider <+17874259010>**<br>Spac. Not back | 10/21/2021, 1:43 PM |

| KS | **Karyn Swider <+17874259176>** | 10/21/2021, 1:46 PM |
|----|-------------------------------|---------------------|
|    | My friend sent me the internal link for fidelity | |

| KS | **Karyn Swider <+17874259176>** | 10/21/2021, 1:47 PM |
|----|-------------------------------|---------------------|
|    | So I'll at least apply to have something in case Boston does end up being an possibility plus I'll talk to uncle paul bc he lives there and may have advice or connections | |

| KS | **Karyn Swider <+17874259176>** | 10/21/2021, 1:52 PM |
|----|-------------------------------|---------------------|
|    | Pauls back ill show him | |

| KS | **Karyn Swider <+17874259176>** | 10/21/2021, 6:34 PM |
|----|-------------------------------|---------------------|

a
°I.III•Vupp-
CM 0S-%0 . 1.01.031.0%A.D1
CSISS,
.• r
I'.° .6.C3 " .sl000Iyaa it %l
CO v - er.PH 4t'ci'-' `;4\41'.W° . . % %
03cSegka.40131 % t
sOrPS 4400£*.ti i %
of,9A
oto tisva 941,301 fsvls it %i 06E;
, ss 1,12 laWARtt\i'a attel ,ike% %
at Va 01414 11 ' 0
%la% i l
%
.............G ti ti,
% %
% 1
01'613°18 %
0 Foa %.
\ooNC
'
003HE E 2 9 E 9 E b
N..
U.
0
0
0
0
-o
I.
0
0
ru
0
1-1-1
.0
3n1vNois 03Z1210H_LCIV
1.9.891.$ 83A0 GIOA
13 o
> ..,
0 A) A,
O 0' z =
= N) > 0
A-
...
(,) a
CD
l 0 -h
a = 1)
Q. a,
a. X 0
co
-,
(a-- z
m

= 5),
q
m xi
(a ...
(D
m- a,
su • I--
= 0
0. Al
C) z
-,4 0
-h 7:,
o CD
CD
z
O ,
O 6
r- =
r- 14
> L
73 Al
IA
c)
* A-
* w
* 0
*
* =
*
* <
* -:
*
* ei
m
I-
D
23
0
1A-430143 selaRise0
Atflirlit# ,i,
Ifqyiiitifhlti
Ilt vilI
, ,
1/110110
YPtitYtlill
,dltlibItIttiti
IHipt.P11411
itplifiltiivi
1111,11111111,1:,1
fillititlifilli
411111101
qlPilididdo
lidildili!"
!ifprogil
.dtilliddlifit
tittlitillitofl
liiliiitlidiY
YilY11*
ft ti,i,104,
1,1,!.,",!,ir
.ik,iiii6';liT.;
'14011111,
. -4111,,ilitty
11,,triffity
Wi'lliA
fitil,ii.ly
1114.4,1
1.14:11,
14,1,

till,
ril
0,T ., 14
i 1
III
,
11'1.•• ' 4.41.1?.•
p
C
tiet'l 4 ‘. ro 2
• •1,44
.▪ 4.
•
6 01 v ▪ 1*°
•
•
4.1 ,
6 :
44
4' 104 .1

BANK OF AMERICA
Cashier's Check-FL
Bank of America N.A
San Antonio, TX
Retail Loan Operations, Jacksonville FL #21
No. 9436362338
Date
10/06/2021
075/000213
PAY One Hundred Eighty Eight and 67/100 DOLLARS**********
$188.67
Overpayment Check for Account # 63010046628203
TO THE ORDER OF
ERIC S SWIDER
2628 SCARECROW WAY
MYRTLE BEACH, SC 29579-3270
VOID OVER $188.67
AUTHORIZED SIGNATURE
Account ending in: XXXXX046628203
Collateral identification number: 1C4PJLCS6GW363758
1/2 PRICE
LUNCH BUFFET
1/2 PRICE
DINNER BUFFET
Holy City
www.holycitygutter
Image: 65654843652__8A39D72E-3F1D-42C2-A9CC-22875B2C30C3.jpeg (3 MB)

KS **Karyn Swider <+17874259176>** 10/21/2021, 6:34 PM

KS **Karyn Swider <+17874259176>** 10/21/2021, 6:34 PM
What should I do w this

ES **Eric Swider <+17874259010>** 10/21/2021, 6:47 PM
I will get it

ES **Eric Swider <+17874259010>** 10/21/2021, 6:47 PM
Out with friends. All you later or tomorrow

KS **Karyn Swider <+17874259176>** 10/21/2021, 6:48 PM
Loved “Out with friends. All you later or tomorrow”

KS **Karyn Swider <+17874259176>** 10/21/2021, 6:48 PM
Sounds good I’ll save it