# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 16 | Date Range: 6/4/2021 |

## Outline of Conversations

 **ca4ecf28-3848-410e-ab50-f15017f28ee6** • 16 messages on 6/4/2021 • "+17874259010 [Eric Swider (owner)]" • +17874259176 [Karyn Swider] • Eric Swider <+17874259010> • Karyn Swider <+17874259176>

GOVERNMENT EXHIBIT 532
S1 23 Cr. 307 (LJL)

DWAC-SWIDER_00000146

**Messages in chronological order** (times are shown in GMT -04:00)

**ca4ecf28-3848-410e-ab50-f15017f28ee6**

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:13 AM
I am going to bedminster New Jersey today to trumps flagship resort

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:14 AM
Then back here tonight for a big dinner. Then back home tomorrow

KS **Karyn Swider <+17874259176>** — 6/4/2021, 11:14 AM
Oh wow that's a lot

KS **Karyn Swider <+17874259176>** — 6/4/2021, 11:14 AM
Is it work?

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:14 AM
Well it's his flagship good club

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:14 AM
Yes

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:14 AM
We are signing a deal with our SPAC today

KS **Karyn Swider <+17874259176>** — 6/4/2021, 11:15 AM
Wooo hoo!!

KS **Karyn Swider <+17874259176>** — 6/4/2021, 11:15 AM
That's exciting

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:15 AM
You can't tell anyone. It's non public info

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:15 AM
We are financing trumps media platform

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:15 AM
So I will be with him today

KS **Karyn Swider <+17874259176>** — 6/4/2021, 11:15 AM
You'll be close to me! I ended up staying an extra few days bc chriss parents gave me a 600 bike and I had to wait for bike rack to get here to take it to chs

KS **Karyn Swider <+17874259176>** — 6/4/2021, 11:16 AM
That's so cool!

ES **Eric Swider <+17874259010>** — 6/4/2021, 11:16 AM
Please don't bring it up to anyone

KS **Karyn Swider <+17874259176>** — 6/4/2021, 11:16 AM
Ok I won't