# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 12 | Date Range: 6/5/2021 |

## Outline of Conversations

 **f1292107-ea8d-4119-b1c0-08c0125ed1a4** • 12 messages on 6/5/2021 • "+17874259010 [Eric Swider (owner)]" • +18434676668 • +18434676668 <+18434676668> • Eric Swider <+17874259010>

GOVERNMENT EXHIBIT 533
S1 23 Cr. 307 (LJL)

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **f1292107-ea8d-4119-b1c0-08c0125ed1a4**

**ES**  **Eric Swider <+17874259010>**  6/5/2021, 1:16 AM

Image Format: JPEG (EXIF)
Equipment Manufacturer: Apple
Camera Model: iPhone 12
Software: 14.4.1
Picture Date: 2021:06:04 16:59:13
Host Computer: iPhone 12
X Resolution: 72 dpi
Y Resolution: 72 dpi
Exposure Time: 1/60 = 0.0166667
F Number: 8/5 = 1.6
ISO Speed Rating: 320
Exif Version: 0232
Date Time Original: 2021:06:04 16:59:13
Date Time Digitized: 2021:06:04 16:59:13
Tiff Tag 36880: -04:00
Tiff Tag 36881: -04:00
Tiff Tag 36882: -04:00
Shutter Speed: 5.90652
Aperture: 1.35614
Brightness: 1.32001
Tiff Tag 37521: 313
Tiff Tag 37522: 313
Image Width: 4032
Image Height: 3024
Tiff Tag 42035: Apple
Tiff Tag 42036: iPhone 12 back dual wide camera 4.2mm f/1.6
X Resolution: 72 dpi
Y Resolution: 72 dpi
StArea:y: 0.519904761904761867
StArea:w: 0.05657142857142855
StArea❌ 0.52095238095238094
StArea:h: 0.075428571428571456
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 718
Apple-fi:FaceID: 34
StArea:y: 0.33080952380952378
StArea:w: 0.036666666666666625
StArea❌ 0.61680952380952381
StArea:h: 0.049238095238095247
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 747
Apple-fi:FaceID: 25
StArea:y: 0.29257142857142848
StArea:w: 0.048190476190476228
StArea❌ 0.84780952380952379
StArea:h: 0.064952380952380928
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 773
Apple-fi:FaceID: 20
StArea:y: 0.31195238095238087
StArea:w: 0.046095238095238106
StArea❌ 0.1940952380952381
StArea:h: 0.0618095238095238814

StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 807
Apple-fi:FaceID: 17
StArea:y: 0.275285714285714424
StArea:w: 0.042952380952380964
StArea:x: 0.72680952380952379
StArea:h: 0.057619047619047598
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 821
Apple-fi:FaceID: 18
StArea:y: 0.514666666666666661
StArea:w: 0.055523809523809531
StArea:x: 0.68490476190476191
StArea:h: 0.073333333333333306
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 760
Apple-fi:FaceID: 14
StArea:y: 0.26009523809523805
StArea:w: 0.042952380952380964
StArea:x: 0.37585714285714283
StArea:h: 0.056571428571428578
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 726
Apple-fi:FaceID: 15
StArea:y: 0.27580952380952378
StArea:w: 0.04085714285714287
StArea:x: 0.48795238095238092
StArea:h: 0.054476190476190484
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 756
Apple-fi:FaceID: 13
StDim:h: 3168
StDim:w: 4224
StDim:unit: pixel
StArea:y: 0.519904761904761987
StArea:w: 0.05657142857142855
StArea:x: 0.52095238095238094
StArea:h: 0.075428571428571456
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 718
Apple-fi:FaceID: 34
StArea:y: 0.33080952380952378
StArea:w: 0.036666666666666625
StArea:x: 0.61680952380952381
StArea:h: 0.049238095238095247
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 747
Apple-fi:FaceID: 25

StArea:y: 0.29257142857142848
StArea:w: 0.048190476190476228
StArea:x: 0.84780952380952379
StArea:h: 0.064952380952380928
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 773
Apple-fi:FaceID: 20
StArea:y: 0.31195238095238087
StArea:w: 0.046095238095238106
StArea:x: 0.1940952380952381
StArea:h: 0.0618095238095238 14
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 807
Apple-fi:FaceID: 17
StArea:y: 0.27528571428571424
StArea:w: 0.042952380952380964
StArea:x: 0.72680952380952379
StArea:h: 0.057619047619047598
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 821
Apple-fi:FaceID: 18
StArea:y: 0.51466666666666661
StArea:w: 0.055523809523809531
StArea:x: 0.684904761904 76191
StArea:h: 0.073333333333333306
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 760
Apple-fi:FaceID: 14
StArea:y: 0.26009523809523805
StArea:w: 0.042952380952380964
StArea:x: 0.37585714285714283
StArea:h: 0.056571428571428578
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 726
Apple-fi:FaceID: 15
StArea:y: 0.27580952380952378
StArea:w: 0.04085714285714287
StArea:x: 0.48795238095238092
StArea:h: 0.054476190476190484
StArea:unit: normalized
Mwg-rs:Type: Face
Apple-fi:AngleInfoYaw: 0
Apple-fi:AngleInfoRoll: 0
Apple-fi:ConfidenceLevel: 756
Apple-fi:FaceID: 13
StDim:h: 3168
StDim:w: 4224
StDim:unit: pixel

Attachment: Untitled attachment 01793.jfif (2 MB)

ES   **Eric Swider <+17874259010>**                                                                                    6/5/2021, 1:16 AM

| | | |
|---|---|---|
| ES | **Eric Swider <+17874259010>**<br>Please don't share this or tell anyone | 6/5/2021, 1:16 AM |
| # | **+18434676668 <+18434676668>**<br>Omg that's awesome. That's for his social media site no? You told me about it | 6/5/2021, 1:18 AM |
| ES | **Eric Swider <+17874259010>**<br>I have to be very careful about what I disclose. 😉 | 6/5/2021, 1:19 AM |
| # | **+18434676668 <+18434676668>**<br>I get it. U know it's safe with me | 6/5/2021, 1:19 AM |
| ES | **Eric Swider <+17874259010>**<br>Public company. Can't disclose what it was for Until public announcement | 6/5/2021, 1:19 AM |
| # | **+18434676668 <+18434676668>**<br>Got it. | 6/5/2021, 1:20 AM |
| # | **+18434676668 <+18434676668>**<br>Love it! | 6/5/2021, 1:20 AM |
| ES | **Eric Swider <+17874259010>**<br>I thought you would appreciate it | 6/5/2021, 1:20 AM |
| # | **+18434676668 <+18434676668>**<br>You know I do 1000% sweets | 6/5/2021, 1:21 AM |
| # | **+18434676668 <+18434676668>**<br>Thx for sharing it with me | 6/5/2021, 1:21 AM |