

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

July 30, 2024

<u>VIA ECF</u>

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Bruce Garelick</u>, No. 23 Cr. 307 (LJL)

Dear Judge Liman,

    On behalf of defendant Bruce Garelick, we write to request a two-month adjournment of Mr. Garelick's sentencing, currently set for September 12, 2024.

    Mr. Garelick has reviewed an initial draft of the Presentence Report and will submit comments later this week. A final Presentence Report is anticipated on August 5. Counsel, who will be on vacation for part of August, have been working diligently to prepare for sentencing but require additional time to collect more materials and to prepare their sentencing submission. Mr. Garelick remains compliant with all bail conditions. This is his first request for an adjournment of his sentencing.

    The government has expressed a willingness to consent to an adjournment of a week or two, but we note that the government has not opposed two-month adjournments of the sentencing proceedings for each of Mr. Garelick's co-defendants. Mr. Garelick should not have less time to prepare than they do.

    Please note that undersigned counsel currently has a one-week trial set to begin on November 13, 2024, but could be available immediately thereafter or the prior week.

                             Respectfully submitted,

                             <u>/s/ Jonathan P. Bach</u>

                             Jonathan P. Bach