UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                          x
                                          :
UNITED STATES OF AMERICA                  :
                                          :   Docket No.: 23-CR-307 (LJL)
    -v-                                   :
                                          :   ORDER EXONERATING BAIL OF
GERALD SHVARTSMAN, ET AL.,                :   DEFENDANT GERALD SHVARTSMAN
                                          :
                                          :
        Defendants.                       :
                                          :
                                          :
                                          :
                                          :
_____    x

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Gerald Shvartsman, that Mr. Shvartsman's personal recognizance bond in this matter is hereby exonerated and released, and that all suretors on Mr. Shvartsman's personal recognizance bond are released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that the United States Pre-Trial Services Agency, and Probation Officer Jorge Ferdinandy, release custody of Mr. Shvartsman's passport and any other immigration-related documentation in their custody, and deliver such documentation to Mr. Shvartsman's wife, Zita Zimmerman, upon presentation of a copy of this order by Ms. Zimmerman to the Pretrial Services Agency and Officer Ferdinandy.

**IT IS SO ORDERED:**

1/10/2025            _____
                     HON. LEWIS J. LIMAN
                     U. S. D. J.