SERCARZ & RIOPELLE, LLP
950 THIRD AVENUE, 31st Floor
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*Admitted in New Jersey

November 14, 2026

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

**Re: *United States v. Gerald Shvartsman, et. al.*, No. 23 Cr. 307_(LJL)**

Dear Judge Liman:

I am counsel of record to Gerald Shvartsman, the defendant in the above-referenced matter. As the Court is aware, Mr. Shvartsman has completed his sentence of incarceration and is now serving a term of supervised release.

I write to request that the Court enter an order authorizing my client to travel overseas to visit his brother in St. Maarten over the Thanksgiving Holiday, from November 19-26, 2026. I am informed by my client that his supervising probation officer does not oppose this travel request. In addition, I have communicated with the Assistant U.S. Attorneys assigned to this case to seek their permission for this travel, but I have not heard from them at this time. I know at least one of them is conducting a trial, and I know both of them are extremely busy (handling more than one case with me). I am making my client's request to travel to St. Maarten now because he hopes to purchase plane tickets for himself and his family promptly and at a modest discount.

For the Court's information, the defendant has been fully compliant with the terms of his supervised release to date, and he has recently executed an agreement to settle his forfeiture/fine obligations in this case. The Court has previously authorized substantial domestic and international travel by the defendant, and the defendant has taken a series of foreign trips without

incident. Given the defendant's record of compliance with his obligations and his previous foreign and domestic travel, I respectfully submit that there is a sufficient basis to grant the defendant's request to travel to St. Maarten over the Thanksgiving Holiday.

Therefore, I respectfully request that the Court grant Mr. Shvartsman's application to travel, and if it is inclined to do so, the Court can simply sign at the "So Ordered" signature line below.

Respectfully submitted,

*Roland G. Riopelle*

Roland G. Riopelle

cc: All counsel of record via ECF

The Defendant Gerald Shvartsman having made an application to travel to St. Maarten from November 19-26, 2026, and the Probation Department having no objection to this application, and good cause appearing to grant this application,

IT IS ORDERED, that the Defendant, Gerald Shvartsman, is hereby authorized to travel to St. Maarten from November 19-26, 2026, provided he gives his Probation Officer an itinerary for such travel at least 48 hours prior to his departure.

IT IS SO ORDERED:

______________________________

HON. LEWIS J. LIMAN
U. S. D. J.